IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02527-GPG-KAS

JANE DOE, a United States citizen, and Colorado resident,

 Plaintiff,

v.

ABDLCOMMUNITYFORUS.COM d/b/a ABDL Community, ABDL Community For All, and ABDL Community For Us, a business operating in the United States,
JOHN ROE, owner and operator of ABDL COMMUNITYFORUS.com and a United States citizen of unknown domicile, and
JANE ROES 1-2, employees or agents of JOHN ROE and ABDL COMMUNITYFORUS.COM

 Defendants.
_____

# ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

 This matter is before the Court on **Plaintiff's Motion for Leave to Amend Complaint** [#8] (the "Motion"). Plaintiff seeks leave to amend her Complaint to bring it in conformity with D.C.COLO.LCivR. 3.1 pending registration of the copyrights at issue and to add claims pursuant to the Colorado Organized Crime Control Act ("COCCA") and common law theory of tortious interference with prospective business relations.

 Fed. R. Civ. P. 15(a)(1) provides that a "party may amend its pleadings once as a matter of course no later than (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." In all other situations, the party may amend "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

Plaintiff asserts that she is currently unable to serve Defendants due to their efforts to conceal their identities, as described in more detail in her separately filed Motion for Leave to Conduct Discovery [#3] seeking to identify the John Roe and Jane Roe Defendants. *Motion* [#8] at 2. Accordingly, Plaintiff is unable to amend her complaint as a matter of course and seeks the Court's leave to file the proposed Amended Complaint [#8-1]. *Id.*

Federal Rule of Civil Procedure 15(a)(2) states that "[t]he court should freely give leave [to amend] when justice so requires," and the Supreme Court has stated "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). In other words, "[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, [s]he ought to be afforded an opportunity to test h[er] claim on the merits." *Id.* This is consistent with the purpose of Rule 15 which is "to provide the maximum opportunity for each claim to be decided on its merits rather than on procedural niceties." *Hardin v. Manitowoc-Forsythe Corp.*, 691 F.2d 449, 456 (10th Cir. 1982). Whether to grant or deny leave to amend a complaint is within a court's discretion. *Foman*, 371 U.S. at 182. "Refusing leave to amend is generally justified only upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993).

The Court finds no undue delay, bad faith, or dilatory motive in filing the Motion. The Court also finds no undue prejudice to Defendants because they have not yet even been served, and there is no basis at this time to believe the amendments might be futile.

Further, Plaintiff has demonstrated that an amendment is in the interest of justice pursuant to Rule 15(a)(2). It is reasonable to allow Plaintiff to amend the complaint to conform it to the Local Rules of this Court pending registration of the relevant copyrights (see Dkt. # 4 – giving notice of non-compliance with Copyright Action case opening procedures) and to add new claims, especially at this early juncture of the case. The amendment "will benefit both parties and the Court by clarifying the issues in the case." *Strom v. Weiser*, No. 20-cv-03417-KLM, 2021 WL 5546662, *1 (D. Colo. Feb. 22, 2021); *see also Carriker v. ISS Facility Services, Inc.*, No. 12-cv-02365-WJM-KLM, 2013 WL 5200254, *2 (D. Colo. Sept. 16, 2013).

For the foregoing reasons, and given that leave to amend should be freely given,

IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint [#8] is **GRANTED**. The Clerk of Court shall file the First Amended Complaint and Jury Trial Demand [#8-3] on the electronic record.

Dated: October 16, 2023

BY THE COURT:

Kathryn A. Starnella
United States Magistrate Judge