IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02527-GPG-KAS

JANE DOE, a United States citizen, and Colorado resident,

    Plaintiff,

v.

ABDLCOMMUNITYFORUS.COM d/b/a ABDL Community, ABDL Community For All, and ABDL Community For Us, a business operating in the United States,
JOHN ROE, owner and operator of ABDL COMMUNITYFORUS.com and a United States citizen of unknown domicile, and
JANE ROES 1-2, employees or agents of JOHN ROE and ABDL COMMUNITYFORUS.COM,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's and non-party Flutterwave, Inc.'s **Notice of Joint Stipulated Protective Order with Flutterwave, Inc., for Subpoena to Produce** [#26] (the "Motion").[1] Plaintiff and non-party Flutterwave, Inc. "have agreed to" a "joint stipulated protective order regarding the information to be produced" and filed a copy "for the court's record." *See Motion* [#26] at 1. Neither Plaintiff nor non-party Flutterwave seeks any relief from the Court; specifically, neither asks the Court to make the agreement an Order of the Court. Therefore, no Court action appears necessary.

    IT IS HEREBY **ORDERED** that the Clerk of Court is directed to terminate the gavel on the Motion [#26] because it does not request any relief from the Court.

    Dated: June 24, 2024

---

[1] The Court construed the Notice [#26] as a motion and referred it to the undersigned. *See Memorandum* [#27].